## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:     *LASONDRA PAGE*          CASE NO. *17-12868*
           **DEBTOR**               **CHAPTER 13**

### *CERTIFICATE OF SERVICE*

I, WILLIAM C. CUNNINGHAM, Attorney for debtor(s), do hereby certify that I have this day either mailed, a true and correct copy of the **Notice of Motion to Suspend Plan Payments** by United States mail, postage prepaid or electronically mailed through ECF to the following:

    Terre M. Vardaman
    VARDAMAN13ECF@gmail.com

    U.S. Trustee
    USTPRegion.05.AB.ECF@usdoj.gov

   ALL CREDITORS ON THE ATTACHED CREDITOR MATRIX

DATED: **November 2, 2018**

                                                  /s/ *William C. Cunningham*
                                                  WILLIAM C. CUNNINGHAM
                                                  ATTORNEY FOR DEBTOR(S)

Prepared By:
WILLIAM C. CUNNINGHAM
ATTORNEY AT LAW
817 2nd Avenue North
Post Office Box 624
Columbus, MS 39703
Telephone: (662) 329-2455
Facsimile: (662) 329-4411
wccsinc@gmail.com
MS Bar No. 7964